# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| In Re: ) | Case No: | 15-25819 |
| Derrick Nelson ) | | |
| Debtors, ) | Chapter: | Chapter 13 |
| ) | | |
| ) | Judge: | Jack B. Schmetterer |

## NOTICE OF MOTION

**To:**  Derrick Nelson, 8129 S Wabash Avenue, Chicago, IL, 60619

Tom Vaughn, 55 E. Monroe St #3850, Chicago, IL, 60603

Office of the US Trustee, 219 S. Dearborn St., Suite 873, Chicago, IL 60604

ALL CREDITORS ON THE ATTACHED LIST

**PLEASE TAKE NOTICE** that on **April 4, 2018 at 10:00 a.m.**, I shall appear before the Honorable Judge Jack B. Schmetterer in 219 S. Dearborn St., Courtroom 682, Chicago, IL and then and there present the attached **MOTION TO AUTHORIZE SALE**, a copy of which is attached hereto.

**By:**   /s/ Ryan Fojo
         Ryan Fojo

## CERTIFICATE OF SERVICE

I, Ryan Fojo, hereby certify that I served a copy of this Notice along with the aforementioned document upon the above parties, by causing the same to be mailed in a properly addressed envelope, postage prepaid, at 55 E. Monroe, Chicago, Illinois, before the hour of 5:30 p.m., on March 21, 2018.

**By:**   /s/ Ryan Fojo
         Ryan Fojo

**Attorneys for the Debtors**
Geraci Law L.L.C.
55 E. Monroe Street #3400
Chicago, Illinois 60603
Ph): 312.332.1800   (Fax):   877.247.1960

AMEX
Attn: Bankruptcy Dept.
Po Box 297871
Fort Lauderdale FL 33329

BK OF AMER
Attn: Bankruptcy Dept.
1800 Tapo Canyon Rd
Simi Valley CA 93063

CAP1/Mnrds
Attn: Bankruptcy Dept.
26525 N Riverwoods Blvd
Mettawa IL 60045

Chase CARD
Attn: Bankruptcy Dept.
Po Box 15298
Wilmington DE 19850

Chase MTG
Attn: Bankruptcy Dept.
Po Box 24696
Columbus OH 43224

Illinois Department of Revenue
Bankruptcy Department
PO Box 19044
Springfield IL 62794-9044

IRS Priority Debt
Bankruptcy Dept.
PO Box 7346
Philadelphia PA 19101

PNC BANK
Attn: Bankruptcy Dept.
2730 Liberty Ave
Pittsburgh PA 15222

Seterus
Attn: Bankruptcy Dept.
14523 Sw Millikan Way St
Beaverton OR 97005

Syncb/SAMS CLUB DC
Attn: Bankruptcy Dept.
Po Box 965005
Orlando FL 32896

TD BANK USA/Targetcred
Attn: Bankruptcy Dept.
Po Box 673
Minneapolis MN 55440

US BANK
Attn: Bankruptcy Dept.
4325 17Th Ave S
Fargo ND 58125

**IN THE UNITED STATES OF BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION**

| | | |
|---|---|---|
| In Re: ) | Case No: | 15-25819 |
| Derrick Nelson ) | | |
| Debtors, ) | Chapter: | Chapter 13 |
| ) | | |
| ) | Judge: | Jack B. Schmetterer |

## MOTION TO AUTHORIZE SALE

NOW COMES the Debtor, Mr. Derrick Nelson (the "Debtor"), by and through his attorneys, Geraci Law LLC, to present his **MOTION TO AUTHORIZE SALE**, and states as follows:

1. This Court has jurisdiction pursuant to 11 U.S.C. 1334 and this is a "core proceeding" under 28 U.S.C. 157(b).

2. The Debtor filed a petition for bankruptcy protection under Chapter 13 of the US Bankruptcy Code and a plan of reorganization on 07/29/2015.

3. This Honorable Court confirmed the Debtor's plan on 12/02/2015 with a 100% dividend to unsecured claims.

4. The Debtor now seeks to sell his rental property located at 6629 S. Evans, Chicago, IL.

5. The Debtor has received an offer from Social Realty Group LLC to purchase the property for $42,200.00. See Exhibit A.

WHEREFORE, the Debtor, Mr. Derrick Nelson, prays that this Court enter an order authorizing him to sell the property located at 6629 S. Evans, Chicago, IL, and for such further additional relief that this Court may deem just and proper.

     /s/ Ryan Fojo
     Ryan Fojo

**Attorneys for the Debtor**
Geraci Law L.L.C.
55 E. Monroe Street #3400
Chicago, Illinois 60603
(Ph):   312.332.1800   (Fax):   877.247.1960